# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **LISA KRAMER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:12-cv-00700** |
| | § | |
| **JP MORGAN CHASE BANK N.A.,** | § | |
| | § | |
| **Defendant.** | § | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, JPMorgan Chase Bank, N.A. ("JPMC" and "Defendant") submits the following Rule 7.1 Disclosure Statement that identifies with regard to all non-governmental corporate parties, any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

1.  <u>Plaintiff</u>:  Lisa Kramer is an individual.

2.  <u>Counsel for Plaintiff</u>:  Stephen M. Putonti, Putonti, Escover & Rossick, P.C.

3.  <u>Defendant</u>:   JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of <u>JPMorgan Chase & Co.</u>, a publicly traded company (trading symbol: JPM).

4.  <u>Counsel for Defendant</u>:  Wm. Lance Lewis, Charles R. Curran, Quilling, Selander, Lownds, Winslett & Moser, P.C.

Respectfully submitted,


 /s/ Wm. Lance Lewis
WM. LANCE LEWIS
Texas Bar No. 12314560
CHARLES CURRAN
Texas Bar No. 24076334
**QUILLING, SELANDER, LOWNDS**
   **WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
ccurran@qslwm.com

**ATTORNEYS FOR DEFENDANT**


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 1st day of August, 2012, a true and correct copy of the foregoing document was served, via certified mail, return receipt requested, upon the following counsel of record:

Stephen M. Putonti
Putonti, Escover & Rossick, P.C.
401 Ranch Rd 620 South, Suite 350
Lakeway, Texas 78734

*Counsel for Plaintiff*


 /s/ Wm. Lance Lewis
Wm. Lance Lewis / Charles R. Curran