Reference # ▓▓▓5285
Servicing # ▓▓▓0028

## CLOSING STATEMENT

This form is furnished to give you a statement of closing costs.

I. Closing Date  02/11/05                    Line / Loan Amount $ 250,000.00
   Refinancing?  N
   Right to Cancel? _____

   Lender      JPMorgan Chase Bank, N.A.
   Borrower    BRYAN KASTLEMAN

   Co-Borrower(s) _____

   Property Location   17 EHRLICH ROAD, AUSTIN, TX 78746-3110    TRAVIS

### AMOUNTS DUE FROM BORROWER(S)

II. A. Obligations
Paydown - Unsecured                          Payoff - Secured, Unsecured and Terminated
NO PAYOFFS REQUIRED    $                     NO PAYOFFS REQUIRED     $

                       TOTAL  $                              TOTAL  $

| Mortgage Recording Funds Request |
| --- |
| Settlement Agent: NATIONAL EQUITY SERVICES |
| Mortgage Tax - Lender (NY only): |
| Mortgage Tax - Customer (if applicable): |
| Total Recording Fees: 38.00 |
| TOTAL FUNDS REQUIRED: 38.00 |

### SIGNATURE(S) AND CLOSING COSTS ON REVERSE

CLSST (Rev. 01/06/05)                    Page 1 of 3
Closing Statement

EX. K

EXHIBIT  8
WIT: Kastleman
DATE: 3/13/13
PAMELA NICHOLS, CSR

B. Closing Costs

| Item | Amount |
|---|---|
| Loan Origination Fee (FINANCE CHARGE) | 0.00 |
| Loan Discount (FINANCE CHARGE) | 0.00 |
| Appraisal Fee | 60.00 |
| Credit Report Fee | 0.00 |
| Mortgage Broker Fee (FINANCE CHARGE) | 0.00 |
| Attorney Review - Trust Documents (FINANCE CHARGE) | 0.00 |
| Flood Zone Certification Fee (FINANCE CHARGE) | 4.50 |
| Underwriting Fee (FINANCE CHARGE) | 0.00 |
| Processing Fee (FINANCE CHARGE) | 0.00 |
| Document Preparation Fee - Lender (FINANCE CHARGE) | 0.00 |
| Courier Fee - Lender (FINANCE CHARGE) | 0.00 |
| Courier Fee - Broker (FINANCE CHARGE) | 0.00 |
| Wire Fee - Lender (FINANCE CHARGE) | 0.00 |
| Wire Fee - Broker (FINANCE CHARGE) | 0.00 |
| Other Fee (FINANCE CHARGE) | 0.00 |
| Other Fee - Broker | 0.00 |
| Other Fee - Broker | 0.00 |
| Settlement/Attorney Fee (FINANCE CHARGE) | 175.00 |
| Abstract or Title Search | 55.00 |
| Document Preparation Fee - Settlement Agent | 0.00 |
| Closing Attorney Fee (FINANCE CHARGE) | 0.00 |
| Bank Closing Attorney | 0.00 |
| Title Insurance | 0.00 |
| UCC Preparation Fee | 0.00 |
| Attorney's Fees to (FINANCE CHARGE) | 0.00 |
| Recording/Filing Fees | ~~36.00~~ 38.00 |
| City/County Tax/Stamps | 0.00 |
| State Tax/Stamps | 0.00 |
| Co-op Lien Search | 0.00 |
| Georgia Per Loan Fee | 0.00 |
| Survey | 0.00 |
| Survey Inspection | 0.00 |
| Lender's Insurance against loan defaults to St. Paul Fire & Marine Insurance Company $25.00 POC | 0.00 |
| 255 Affidavit Fee | 0.00 |
| LESS AMOUNT PAID BY LENDER | ~~330.50~~ 332.50 |
| AMOUNT DUE FROM BORROWER | 0.00 |

III. Borrower(s) (1) [ ] paid at closing by personal check or money order, or (2) [ ] authorize Lender to charge my/our Equity account, the total amount due at closing from Borrower(s) listed above. In addition, Borrower(s) authorize Lender to charge my/our Equity Account for all necessary adjustments, if any, that occur after closing.

Borrower(s) acknowledge receiving a copy of this closing statement and reading and approving its contents.

_____
BRYAN KASTLEMAN

Date: 2/11/05

**\*\* To be completed by Customer:**

**Loans Only**

The loan proceeds check will be sent via overnight mail when the rescission period is complete. This package cannot be dropped off; it must be signed for as received. Please review the mailing address below to confirm accuracy. If the address is in need of correction or is not a physical address, please enter the correct address or physical address in the appropriate section provided below.

**Lines Only**

A Personalized set of Checks will be mailed within 5 to 7 business days via first class mail when your rescission period is complete. Please confirm the mailing address to which both these checks and your billing statement will be sent. If the address is incorrect, please provide the correct address in the appropriate section provided below.

Mailing Address of Record:

Name: BRYAN KASTLEMAN

Address: 17 EHRLICH ROAD , AUSTIN, TX 78746

*For Advance / Proceeds Only!*

Corrected Address:
Name: *Attn Bryan Kastleman*
Address: *2714 Bee Cave Rd #204*
*Austin TX 78746*

Borrowers Phone No: 512 750 2714

Borrowers Signature: [signed]

Co-Borrowers Phone No: _____

Co-Borrowers Signature: _____

*For advance Proceeds Please deliver to the address above.*
*m Shelnutt*
*512 423 0766*

CLSST                                                    Page 3 of 3

JPMC 000053