IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 SEP -3 AM 11:51
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____DM_____

LISA KRAMER,
     Plaintiff,

-vs-               Case No. A-12-CA-700-SS

JP MORGAN CHASE BANK N.A.,
     Defendant.

## JUDGMENT

BE IT REMEMBERED on this day the Court entered its order granting summary judgment on behalf of the defendant, and thereafter the Court enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that the Plaintiff Lisa Kramer TAKE NOTHING in this cause against the Defendant JPMorgan Chase Bank, N.A., and that all costs of suit are taxed against the plaintiff, for which let execution issue.

SIGNED this the 3rd day of September 2013.

          _Sam Sparks_
          SAM SPARKS
          UNITED STATES DISTRICT JUDGE

700 judg kkt.wpd