IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LISA KRAMER | ) | |
| | ) | |
|       PLAINTIFF | ) | |
| | ) | |
| vs. | ) | Case Number A-12-CA-700-SS |
| | ) | |
| JP MORGAN CHASE BANK, N. A. | ) | |
| | ) | |
|       DEFENDANT | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Lisa Kramer, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the "Order" and the final "Judgment" entered in this action on the 3rd of September, 2013.

                                              Respectfully submitted,

                                              _____

                                              JOSEPH P. WEBBER
                                              State Bar No. 21041600

                                              LAW OFFICES OF JOSEPH P. WEBBER
                                              100 Congress Avenue, Suite 2100
                                              Austin, Texas  78701
                                              Telephone:  (512) 472-1131
                                              Telecopy:  (512) 479-8977
                                              Email:  webberlawaustin@aol.com
                                              ATTORNEY FOR PLAINTIFF
                                              LISA KRAMER

## CERTIFICATE OF SERVICE

      I hereby certify that the original or a true and correct copy of the foregoing document ( ) has been hand-delivered, either in person or by agent or by courier receipted delivery, or ( ) has been mailed by certified or registered mail, or (X) has been telecopied or ( ) has been emailed, to the offices of all attorneys of record (and to all Pro Se parties, if any) on this the  1st   day of October, 2013, at the following addresses/telecopier numbers/email addresses:

WM. LANCE LEWIS  
State Bar No. 12314560  
CHARLES R. CURRAN  
State Bar No. 24076334  
Quilling, Selander, Lownds, Winslett & Moser, P.C.  
2001 Bryan Street, Suite 1800  
Dallas, Texas  75201  
Telephone:  (214) 871-2100  
Fax:  (214) 871-2111  
Email:  llewis@qslwm.com  
Email:  ccurran@qslwm.com  

JOHN W. ESCOVER  
State Bar No. 24029539  
Putonti, Escover & Rossick, P.C.  
401 RR 620 South, Suite 350  
Lakeway, Texas 78734  
Phone:  (512) 263-0939  
Fax:  512-263-0943  
Email:  john@perlawtx.com  

                                                       Joseph P. Webber