IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appeal From
THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| LISA KRAMER | ) | |
| | ) | |
| PLAINTIFF/APPELLANT | ) | Court of Appeals |
| | ) | Docket No. 13-50920 |
| vs. | ) | |
| | ) | |
| JP MORGAN CHASE BANK, N. A. | ) | District Court Case |
| | ) | No. A-12-CV-700-SS |
| DEFENDANT/APPELLEE | ) | |

**CERTIFICATE OF NO TRANSCRIPT**

In accordance with FRAP 10(b)(1)(B), Plaintiff/Appellant Lisa Kramer, acting by and through her undersigned attorney of record, does hereby certify that no transcript will be ordered. In this regard, no hearings were held in the District Court.

Counsel for Plaintiff/Appellant Lisa Kramer has previously filed Appellant's "Transcript Order". The aforesaid "Transcript Order" states, in pertinent part, at Part IB: "I hereby certify that no transcript will be ordered. See FRAP 10(b)(1)(B)."

Respectfully submitted,

JOSEPH P. WEBBER
State Bar No. 21041600

LAW OFFICES OF JOSEPH P. WEBBER
100 Congress Avenue, Suite 2100
Austin, Texas 78701
Telephone: (512) 472-1131
Telecopy: (512) 479-8977
Email: webberlawaustin@aol.com
ATTORNEY FOR PLAINTIFF/APPELLANT
LISA KRAMER

## CERTIFICATE OF SERVICE

   I hereby certify that the original or a true and correct copy of the foregoing document ( ) has been hand-delivered, either in person or by agent or by courier receipted delivery, or ( ) has been mailed by certified or registered mail, or (X) has been telecopied or ( ) has been emailed, to the offices of all attorneys of record (and to all Pro Se parties, if any) on this the  14th   day of October, 2013, at the following addresses/telecopier numbers/email addresses:

WM. LANCE LEWIS
State Bar No. 12314560
CHARLES R. CURRAN
State Bar No. 24076334
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
Telephone:  (214) 871-2100
Fax:  (214) 871-2111
Email:  llewis@qslwm.com
Email:  ccurran@qslwm.com

JOHN W. ESCOVER
State Bar No. 24029539
Putonti, Escover & Rossick, P.C.
401 RR 620 South, Suite 350
Lakeway, Texas 78734
Phone:  (512) 263-0939
Fax:  512-263-0943
Email:  john@perlawtx.com

_____
Joseph P. Webber